*E-Filed 05/14/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DORIAN W. GRAY,

        Plaintiff,

  v.

CENTRAL MORTGAGE COMPANY, d/b/a CENTRAL MORTGAGE LOAN SERVICING COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PATRIOT FINANCIAL CORPORATION; MTC FINANCIAL INC., d/b/a TRUSTEE CORPS; and ALVIN BROWN,

        Defendants.
_____/

No. C 10-00483 RS

**ORDER**

In an order dated April 21, 2010, the parties were directed to file a revised stipulation within seven days. To date, more than two weeks have passed since this deadline and the parties have failed to comply. The parties are hereby directed either to file a revised joint stipulation in accordance with the Court's prior order, or to provide a reasonable joint explanation for their failure to do so, no later than **May 24, 2010**.

No. C 10-00483 RS
ORDER

Non-compliance with this deadline may result in an order to show cause why the case should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 05/14/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE