RAYMOND E. WILLIS, ESQ.  (Ca Bar # 117337)
Law Offices of Raymond E. Willis
P.O. Box 70214
Oakland, CA  94612
Telephone:  (510) 451-1113
Fax: (510) 451-1472

Attorneys for Plaintiff
Dorian W. Gray

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN W. GRAY, | Case No.: C10-00483 RS |
| Plaintiff, | **STIPULATION** |
| v. | |
| CENTRAL MORTGAGE COMPANY dba CENTRAL MORTGAGE LOAN SERVICING COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., PATRIOT FINANCIAL CORPORATION, MTC FINANCIAL INC. dba TRUSTEE CORPS, and ALVIN BROWN, | |
| Defendants. | |

Plaintiff, DORIAN W. GRAY, by and through his attorney of record, and Defendants, CENTRAL MORTGAGE COMPANY and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about February 3, 2010.

2. There was set for April 3, 2010, a trustee's sale of the real property that is the subject of this action, to wit: 5753 Oakmont Drive, Richmond, California.

3. By separate stipulation, Plaintiff and Defendants requested that the Court

STIPULATION - Page 1

1 approve the agreement of the parties and set aside the Clerk's Default of Central Mortgage
2 Company and permit Defendant Central Mortgage Company to file a response to the complaint
3 of Plaintiff herein.

4     4. In consideration of Plaintiff's agreement to set aside the Clerk's Default of
5 Central Mortgage Company, Defendants stipulate and agree not to take any further action with
6 respect to the trustee's sale of the real property that is the subject of this action, to wit: 5753
7 Oakmont Drive, Richmond, California, until July 8, 2010.

8     5. Plaintiff and Defendants hereby respectfully request that the Court approve
9 this stipulation.

10 Dated:   5/20/2010                                                         MALCOLM + CISNEROS

12     By:   /s/ WILLIAM G. MALCOLM
        WILLIAM G. MALCOLM
13     Attorneys for
    CENTRAL MORTGAGE COMPANY and
14     MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.

16 Dated:                                                                              LAW OFFICES OF RAYMOND E. WILLIS

18     By:   /s/ RAYMOND E. WILLIS
        RAYMOND E. WILLIS
19     Attorney for
    DORIAN GRAY

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 24, 2010

_____
HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION - Page 2